IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCIS STOCK :
    Plaintiff,

v. :
                                                    CIVIL ACTION
CHANELLE BRASWELL, *individually*            NO. 16-6412
*and in her official capacity as an agent* :
*of the Pennsylvania Board of Probation*
*and Parole*; and, PENNSYLVANIA BOARD
OF PROBATION AND PAROLE :
    Defendants.

**ORDER**

AND NOW, this 1st day of August, 2017, upon consideration of Defendants' Motion to Dismiss (Doc. No. 3) and Plaintiff's Response thereto (Doc. No. 6), it is hereby ORDERED as follows:

(1) All claims against Defendant Pennsylvania Board of Probation and Parole are DISMISSED with prejudice;

(2) All claims against Officer Braswell in her official capacity are DISMISSED with prejudice;

(3) Defendants' Motion to Dismiss Plaintiff's Sixth Cause of Action shall be GRANTED;

(4) The Second and Seventh Causes of Action as contained in Plaintiff's Complaint are STRICKEN;

(5) Defendants' Motion to Dismiss Plaintiff's First, Fourth, and Fifth Causes of Action is DENIED;

(6) Defendants' Motion to Dismiss Plaintiff's Third Cause of Action (alternative claim for negligent infliction of emotional distress) is GRANTED with leave for Plaintiff to amend said claim; and,

(7) Within thirty (30) days, Plaintiff shall file an Amended Complaint in accordance with this Order.

BY THE COURT:

/s/ C. Darnell Jones, II    J.