**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FRANCIS STOCK | : | |
|     Plaintiff, | | |
| | | CIVIL ACTION |
| v. | : | NO. 16–6412 |
| | | |
| CHANELLE BRASWELL | | |
|     Defendant. | : | |

## ORDER

AND NOW this 30th day of September, 2021, it is hereby ORDERED as follows:

(1) Defendant's Motion for Leave to File a Reply in Support of Motion for Summary Judgment (ECF No. 46) is GRANTED and the Reply Brief attached thereto shall be deemed FILED as of this day;

(2) Upon consideration of Defendant's Motion for Summary Judgment (ECF No. 44), Plaintiff's Response thereto (ECF No. 45) and Defendant's Reply, it is hereby ordered that said Motion is GRANTED in accordance with this Court's accompanying Memorandum; and,

(3) The Clerk of Court is hereby directed to enter judgment in IN FAVOR of DEFENDANT CHANELLE BRASWELL and AGAINST PLAINTIFF FRANCIS STOCK and CLOSE this case.

BY THE COURT:

/s/ C. Darnell Jones, II     J.